UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 MAY 11  P 1:57

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 1:22-cr-00062-LEW |
| DERIK BROOX WIGHT | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Assault on a Federal Official - 18 U.S.C. §§ 111(a)(1) & (b))

On about April 20, 2022, in the District of Maine, the defendant

DERIK BROOX WIGHT

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with D.B., a person assisting any officer and employee of the United States and of any agency in any branch of the United States Government in the performance of official duties and on account of that assistance. The defendant's acts involved physical contact with D.B. and use of a dangerous or deadly weapon, specifically, a knife.

Thus, the defendant violated Title 18, United States Code, Sections 111(a)(1) and (b).

Dated May 11, 2022 at Bangor.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY