UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:22-CR-00062-LEW |
| | ) | |
| DERIK BROOX WIGHT | ) | |

### PROSECUTION VERSION OF THE OFFENSE

On April 20, 2022, the defendant did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with D.B., a person assisting any officer and employee of the United States and of any agency in any branch of the United States Government in the performance of official duties and on account of that assistance. The defendant's acts involved physical contact with D.B. and use of a dangerous or deadly weapon, specifically, a knife.

In this regard, on April 20, 2022, at approximately 11:30 a.m. Wight entered the Edward S. Muskie Federal Building ("the federal building") in Augusta, Maine. Upon entrance Wight approached the security screening station where visitors enter the federal building to go through security screening. At the time Wight entered the federal building, the security screening area was manned by security personnel who work for a private company that contracts to perform security duties for the U.S. Department of Homeland Security, Federal Protective Service ("FPS") at the federal building.

Wight entered the vestibule areas of the federal building on three occasions in quick succession and made small talk with security guards, leaving each time without incident. Wight returned a fourth time and quickly walked up to a security officer while producing a knife. Wight grabbed the security officer, D.B., with his left hand and pressed him against a wall in the vestibule and put a knife up to D.B.'s throat area. While still holding D.B. against the wall,

Wight lowered his knife hand back holding it at his side by his hip. At this point another protective security officer, drew his service weapon, pointed it at Wight and ordered him to drop the knife. Wight said words to the effect of "You don't have the balls to shoot me," whereupon the officer fired a single shot striking Wight. Wight released his hold on D.B., dropped the knife and fell to the ground. Security officers immediately secured the scene, began rendering first aid to Wight, and called for emergency services.

At the time of the incident, D.B. was employed by Petronus Security, who was a subcontractor for Paragon Systems, Inc., an entity that contracted with FPS to provide security services at the federal building.

Had this case proceeded to trial the Government would have offered the testimony of witnesses, including D.B., and the other officers working at the security station at the time of the events described above. The Government would have offered video evidence of the events described above, crime scene photographs, and documents concerning the business relationship between Petronus, Paragon and FPS to confirm that D.B. was engaged in the performance of official duties for the United States at the time of the events described above.

Dated at Bangor this 5th day of August 2022.

    Respectfully submitted,

    DARCIE N. MCELWEE
    United States Attorney

    /s/ Joel B. Casey
    JOEL B. CASEY
    Supervisory Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2022, I electronically filed the Prosecution Version of the Offense with the Clerk of Court via email to NEWCASES and email to notification to the following:

James Nixon, Esq.  
Attorney for the Defendant

Darcie N. McElwee  
United States Attorney

/s/ Joel B. Casey  
Supervisory Assistant U.S. Attorney  
United States Attorney's Office  
202 Harlow Street, Suite 111  
Bangor, ME 04401  
(207) 945-0373